**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6686**

———————

NATHANIEL RENARD CHILES,

                                        Petitioner - Appellant,

        versus

JOSEPH M. BROOKS,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-02-553)

———————

Submitted:  September 11, 2003        Decided:  September 17, 2003

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Nathaniel Renard Chiles, Appellant Pro Se.  Robert P. McIntosh, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel Renard Chiles, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Chiles' motions for leave to proceed in forma pauperis and to expedite, and dismiss on the reasoning of the district court. See Chiles v. Brooks, No. CA-02-553 (E.D. Va. Apr. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED